UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **BENJAMIN LEE REED #749483** | **CIVIL ACTION NO. 23-cv-105 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JERRY GOODWIN** | **MAGISTRATE JUDGE HORNSBY** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 8] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that Petitioner's Petition For Writ Of Habeas Corpus [Doc. No. 1] is **DENIED**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. Section 2253, **DENIES** a Certificate Of Appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**MONROE, LOUISIANA**, this the 23rd day of August 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE