**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **BENJAMIN LEE REED #749483** | **CASE NO. 5:23-CV-00105 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JERRY GOODWIN** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

Considering the foregoing Objection to Magistrate Ruling of August 3rd, 2023, filed by Petitioner Benjamin Reed [Doc. No. 11],

**IT IS ORDERED** that the Judgment [Doc. No. 9] of this Court adopting the Report and Recommendation denying Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is hereby **VACATED**.

**IT IS FURTHER ORDERED**, **ADJUDGED, AND DECREED**, whereas having considered the Report and Recommendation of the Magistrate Judge [Doc. No. 8], together with the Objection to Magistrate Ruling of August 3rd, 2023, filed by Plaintiff Benjamin Red [Doc. No. 11], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that the judgment as recommended therein is warranted, that Petitioner Benjamin Reed's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED**.

**MONROE, LOUISIANA**, this the 25th day of August 2023.

Terry A. Doughty
United States District Judge